UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-60063-CR-DAMIAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FREDERIC WAYNE MORDON, JR,

      Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
ON CHANGE OF PLEA [ECF NO. 23]

THIS CAUSE came before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation on Change of Plea, entered on October 28, 2024 [ECF No. 23]. To date, no party has filed an objection and the time to do so has passed.

THIS COURT has reviewed Judge Valle's Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

ORDERED AND ADJUDGED that the Report [ECF No. 23] is AFFIRMED AND ADOPTED, and Defendant, Frederic Wayne Mordon, Jr's change of plea is accepted.

A Sentencing Hearing will be set by separate Order.

DONE AND ORDERED in Chambers in the Southern District of Florida, this 13th day of November, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Magistrate Judge Alicia O. Valle